NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE ORACLE CORPORATION,**
*Petitioner.*

---

Miscellaneous Docket No. 951

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 08-CV-371, Judge T. John Ward.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

## ORDER

Oracle Corporation (Oracle) submits a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to (1) rule on Oracle's motion for reconsideration of the December 8, 2009 order denying Oracle's motion to transfer, (2) vacate the December 8, 2009 order, and (3) direct transfer to the United States District Court for the Northern District of California.

Upon consideration thereof,

IT IS ORDERED THAT:

Financial Systems Technology (Intell. Property) Pty. Ltd. et al. are directed to respond no later than August 9, 2010.

FOR THE COURT

_JUL 2 7 2010_
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Karen G. Johnson-McKewan, Esq.
Michael McKool, Jr., Esq.
Clerk, United States District Court for the Eastern District Of Texas

s19

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

JUL 2 7 2010

JAN HORBALY
CLERK